MARY T. WORTHINGTON, Plaintiff, v. PAUL B. WORTHINGTON, Defendant.— Motion denied, on condition that appellant perfect the appeal, place the case on the calendar for January, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

WILLIAM ALLINSON, Respondent, v. THE WILLOUGHBY REALTY COMPANY and THE VAN BRUNT REALTY CORPORATION, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

WILLIAM C. BAKER, Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Respondents.— Judgment affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term for Trials.   (Reported in 102 Misc. Rep. 719.)   Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

BERTHA M. BERKE, as Administratrix, etc., of EDWARD CHRISTOPHER BERKE, Deceased, Respondent, v. STATEN ISLAND MIDLAND RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

CARRIE T. BROWN and Others, Respondents, v. THOMAS H. MILLSPAUGH, Individually and as Executor, etc., of HENRY C. HIGGINSON, Deceased, Appellant.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOSEPH P. CARNEY, Appellant, v. PENN REALTY COMPANY, Respondent. — Appellant having irregularly submitted his papers after the June term, the court will hear him with defendant's counsel on December 14, 1917, at ten A. M.

ANNA CHROSCIEL, as Administratrix, etc., of JOHN CHROSCIEL, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

CHARLES P. DELACEY, an Infant, by JOHN J. DELACEY, His Guardian ad Litem, Respondent, v. THE J. M. HORTON ICE CREAM COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

HERBERT DURYEA, JR., an Infant, by HERBERT DURYEA, SR., His Guardian ad Litem, Respondent, v. MURRAY HILL GARAGE COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is contrary to the weight of the evidence.   Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.